Michael G. Olinik (SBN # 291020)
michael@oliniklaw.com
**The Law Office of Michael G. Olinik**
501 W. Broadway, Ste. 800
San Diego, CA 92101
Tel: (619) 780-5523

Attorney for Ronald A. Marron

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD A. MARRON, on behalf of himself and all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a national banking association; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.: 24-cv-01569-JES-AHG<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Judge: Hon. James E. Simmons, Jr.<br>Courtroom: 4B<br>Magistrate: Hon. Allison H. Goddard<br>Courtroom: 2C |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE COURT:

Pursuant to Hon. James E. Simmons, Jr.'s Chambers Rules ¶ VIII, Plaintiff Ronald A. Marron hereby notifies the Court that the parties have reached an agreement in principle to settle this case on an individual basis. The Parties are working on finalizing the additional terms of the agreement, which would include a dismissal of the class claims without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

1
**NOTICE OF SETTLEMENT IN PRINCIPLE**
24-cv-01569-JES-AHG

The Parties do not plan on seeking class certification and an approval of a class settlement.

Respectfully submitted,

Date: December 2, 2024

/s/*Michael G. Olinik*

Michael G. Olinik
The Law Office of Michael G. Olinik

Attorney for Plaintiff Ronald A. Marron

2
**NOTICE OF SETTLEMENT IN PRINCIPLE**
24-cv-01569-JES-AHG