UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD A. MARRON, on behalf of himself and all others similar situation, and the general public<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No.: 3:24-cv-01569-JES-AHG<br><br>**ORDER SETTING SETTLEMENT DISPOSITION CONFERENCE** |

On December 2, 2024, Plaintiff notified the Court that this case settled. ECF No. 8. However, Plaintiff's filing states that "the parties have reached an agreement in principle to settle this case on an individual basis[ and] are working on finalizing the additional terms of the agreement, which would include a dismissal of the class claims without prejudice[,]" but does not include any information regarding how much time he anticipated was needed before a Joint Motion to Dismiss would be filed. *Id*. Accordingly, the Court **SETS** a telephonic Settlement Disposition Conference ("SDC") for **January 9, 2025** at **10:00 a.m.** before the Honorable Allison H. Goddard. Counsel shall call the chambers teleconference line at 1-877-873-8018 and use 8367902 as the access code. By **January 7, 2025**, the parties must submit a *joint*, brief update to the Court via email (not filed) to

efile_goddard@casd.uscourts.gov, regarding the status of the settlement and estimated time remaining before a dismissal can be filed.

If the parties timely file a Joint Motion for Dismissal, the SDC will be vacated without further court order.

**IT IS SO ORDERED**.

Dated: December 2, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge