1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11   RONALD A. MARRON, on behalf   of        Case No.:  3:24-cv-01569-JES-AHG
     himself and all others similarly situated,
12   and the general public,
                                             **ORDER DENYING DEFENDANT'S**
13                                Plaintiffs, **MOTION TO DISMISS FIRST**
                                             **AMENDED CLASS ACTION**
14   v.                                      **COMPLAINT**

15   JP MORGAN CHASE BANK, N.A., a
16   national banking association; and does 1 **[ECF No. 5]**
     through 10, inclusive,
17
                                 Defendants.
18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pending before the Court is Defendant JP Morgan Chase Bank, N.A.'s motion to dismiss ("Motion") Plaintiff Ronald A. Marron's First Amended Class Action Complaint. ECF No. 5. In light of the parties' settlement, (ECF No. 8), the Motion is **DENIED** without prejudice as moot, and the Court's finding of mootness is also without prejudice. The Motion hearing set for December 11, 2024, is **VACATED**.

**IT IS SO ORDERED**.

Dated:  December 3, 2024

_____
Honorable James E. Simmons Jr.
United States District Judge

3:24-cv-01569-JES-AHG